DAVID G. BANES, Esq.
O'Connor Berman Dotts & Banes
Second Floor, Nauru Building
P.O. Box 501969
Saipan, MP96950
Telephone No. (670) 234-5684
Facsimile No. (670) 234-5683

Attorneys for Plaintiff Zhang, Quan Xiang

FILED
Clerk
District Court

SEP - 8 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS

ZHANG, QUAN XIANG as personal representative of LIU, SU JUN, deceased,

    Plaintiff,

vs.

KEN SALAZAR TANZAWA,

    Defendant.

) CIVIL CASE NO. 05-0015
)
)
) STIPULATION and
) [Proposed] ORDER
)
) Judge: Munson, Chief Judge
) Date: September 9, 2005
) Time: 9:30 a.m.
)
)
)
)

COME NOW the parties, by and through counsel, and stipulate and agree as follows:

1.    The status conference set for September 9, 2005 be taken off calendar as the parties have reached a tentative settlement as to all issues.

SO AGREED and STIPULATED.

O'CONNOR BERMAN DOTTS & BANES

Dated: 9-8-05

By: /s/ D.B.
David G. Banes
Counsel for Plaintiff Zhang Quan Xiang

SMITH & WILLIAMS

Dated: 9·8·05

By: /s/ MW
Mark Williams
Counsel for Defendant Ken Tanzawa

## ORDER

The status conference set for September 9, 2005 is taken off calendar as the parties have reached a tentative settlement as to all issues.

SO ORDERED: 9-8-05

/s/ Alex R. Munson
Alex Munson, Chief Judge

2

3178-01-050908-PL-Stip(Settle)-rcr