ORIGINAL

Eric D. Bozman, Esq.
O'CONNOR BERMAN DOTTS & BANES
Second Floor, Nauru Building
P.O. Box 501969
Saipan, MP 96950
Telephone No. (670) 234-5684
Facsimile No. (670) 234-5683

Attorneys for Plaintiff Zhang, Quan Xiang

F I L E D
Clerk
District Court

SEP 29 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| ZHANG, QUAN XIANG as personal representative of LIU, SU JUN, deceased,<br><br>Plaintiff,<br><br>vs.<br><br>KEN SALAZAR TANZAWA,<br><br>Defendant. | CIVIL CASE NO. 05-0015<br><br><br><br><br>STIPULATION AND ORDER |

COMES NOW the parties, by and through counsel and hereby stipulate and agree to dismiss this matter pursuant to Fed.R.Civ.Pro. Rule 41(a)(1)(ii) with prejudice except the Court shall retain jurisdiction to enforce the terms and conditions of the Settlement Agreement recently executed by the parties.

**SO STIPULATED.**

Dated: September 28, 2005.                            By: _____
                                                      Eric D. Bozman
                                                      Attorney for Plaintiff Zhang, Quan Xiang

Dated: September ___, 2005.                           By: _____
                                                      Tim Roberts
                                                      Attorney for Defendant Ken Tanzawa

Dated: September 28, 2005.                            By: _____
                                                      Joseph A. Arriola
                                                      Attorney for Takakazu Tanzawa

## ORDER

The parties' stipulation to dismiss this matter with prejudice is hereby GRANTED/DENIED. The Court shall retain jurisdiction to enforce the terms and conditions of the Settlement Agreement recently executed by the parties.

SO ORDERED: 9-29-05

_____
Alex R. Munson, Chief Judge

RECEIVED

28 2005

District Court
Northern Mariana Islands

3178-01-050928-PL-Stip&Order

SO STIPULATED.

Dated: September 28, 2005.            By: *Eric Bozman*
                                      Eric D. Bozman
                                      Attorney for Plaintiff Zhang, Quan Xiang

Dated: September 28, 2005.            By: *[signature]*
                                      Tim Roberts
                                      Attorney for Defendant Ken Tanzawa

Dated: September 28, 2005.            By: *[signature]*
                                      Joseph A. Arriola
                                      Attorney for Takakazu Tanzawa

## ORDER

The parties' stipulation to dismiss this matter with prejudice is hereby GRANTED/DENIED. The Court shall retain jurisdiction to enforce the terms and conditions of the Settlement Agreement recently executed by the parties.

SO ORDERED: 9-29-05

*[signature]*
Alex R. Munson, Chief Judge

2
3178-01-050928-PL-Stip&Order